JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMINE KADIYAN,<br><br>    Plaintiff,<br><br>vs.<br><br>MEDTRONIC; JING MAGAREY, KEN SHORT, and DOES 1-100, inclusive,<br><br>    Defendants. | ) CASE NO. CV 10-05921 MMM (MANx)<br>)<br>)<br>) JUDGMENT FOR DEFENDANTS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

On July 30, 2010, Kadiyan dismissed claims against individual defendants Jing Mageary and Ken Short. On April 8, 2011, the court issued an order granting the motion of defendant Medtronic, Inc. for summary judgment. Accordingly,

IT IS ORDERED AND ADJUDGED

    1.    That plaintiff takes nothing by way of her complaint;

    2.    That defendants recover their costs of suit herein; and

    3.    That the action be, and it hereby is, dismissed.

DATED: April 8, 2011

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE